## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| XIMENA MIRANDA, *On behalf of herself and those similarly situated*, Plaintiff, | : : : : | Case No. 1:20-cv-539 |
| vs. | : : | Judge Timothy S. Black |
| XAVIER UNIVERISTY, Defendant. | : : | |

### CALENDAR ORDER

This civil action came before the Court for a preliminary pretrial conference by telephone on May 10, 2022, at 10:30 a.m.  Terrence Coates and Joseph Lyon appeared for Plaintiff. Aaron Herzig and Medora Akers appeared for Defendant.  The Court enters the following Calendar Order:

| | |
|---|---|
| Plaintiff's updated settlement demand: | **May 20, 2022** |
| Initial disclosures: | **May 27, 2022** |
| Motions to amend pleadings and/or add parties: | **June 1, 2022** |
| Motions directed at the pleadings: | **June 1, 2022** |
| Lay witness disclosures: | **August 1, 2022** |
| Substantial completion of document productions: | **November 1, 2022** |
| Fact discovery deadline: | **May 1, 2023** |
| Plaintiff's expert designations: | **July 3, 2023** |
| Defendants' expert designations: | **July 27, 2023** |
| Class certification motion: | **August 1, 2023** |
| Class certification response deadline: | **November 1, 2023** |
| Rebuttal expert designations: | **November 1, 2023** |
| Expert discovery deadline: | **December 4, 2023** |
| Dispositive motion deadline:[1] | **January 26, 2024** |
| Final Pretrial Conference:[2] | **May 20, 2024, at 10:00 a.m.** |
| Jury Trial: | **May 27, 2024, at 9:30 a.m.** |

---

[1] See Standing Order Governing Civil Motions for Summary Judgment: https://www.ohsd.uscourts.gov/judge-timothy-s-black-standing-orders
[2] To be held in Cincinnati Chambers, Room 815.

1

**IT IS SO ORDERED.**

Date:    5/10/2022                                  *s/Timothy S. Black*
Timothy S. Black
United States District Judge